**Opinion issued March 31, 2020**



In The

# Court of Appeals

### For The

# First District of Texas

———————————

### NO. 01-20-00254-CV

———————————

## IN RE SINGH SOLUTIONS LLC, D/B/A/ CROSBY RV PARK, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Singh Solutions LLC, filed a petition for writ of mandamus initially requesting that we compel the trial court to rule on relator's motion for summary judgment.[1] Relator subsequently amended the petition, requesting that we compel

---

[1] The underlying case is *Kristina and Robert Mayfield v. Singh Solutions LLC, d/b/a/ Crosby RV Park,* cause number 2019-26102, pending in the 129th District Court of Harris County, Texas, the Honorable Michael Gomez presiding.

the trial court to produce certain Child Protective Services records that were submitted for in camera review. We deny the petition.

**PER CURIAM**

Panel consists of Justices Kelly, Landau and Countiss.